THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELVETIA REALTY COMPANY et al., Appellants, *v.* JOHN P. LEO et al., Constituting the Board of Appeals of the City of New York et al., Respondents.

*New York city — building zones — authority of board of appeals to make variation in application of regulations and permit omission of required rear yard.*

*People ex rel. Helvetia Realty Co.* v. *Leo,* 195 App. Div. 887, affirmed. (Submitted June 3, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1921, which affirmed an order of Special Term confirming upon the merits the decision of the board of appeals of the city of New York purporting to make a variation in the application of the area district regulations of the building zone resolution of the board of estimate and apportionment, and granting an application made under the said resolution, in behalf of the intervener New Pine Street Real Estate Corporation, to permit in the addition of five stories to the building known as Nos. 31–33 Pine street, borough of Manhattan, located in a " B " district, the omission of the rear yard required by the zoning resolution.

*Middleton S. Borland* and *Percy F. Griffin* for appellants.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for Board of Appeals, respondents.

*S. Lawrence Miller* and *Allen. B. Flouton* for New Pine Street Real Estate Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Absent: POUND, J.